# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M1P | 9597177 | OFC Richard | 5095 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/20/2022  2335 | 38 CFR 1.218(b)(33) |

Place of Offense: Devils Brigade Dr/Honor Dr Fort harrison VA 3687 veterans Dr Fort harrison MT 59636

Offense Description; Factual Basis for Charge    HAZMAT ☐
Operating a vehicle in an unsafe manner

**DEFENDANT INFORMATION**

Last Name: Kesterson   First: Eric   M.I.: J

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DCR053 | MT | 93 | Ford/Exp | | Green |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee
$ 130.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___    Date: ___    Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9597177*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 20, 2022 while exercising my duties as a law enforcement officer in the Western District of Montana

While exercising my duties as a law Enforcement officer at the Fort harrison VA medical center, while in full duty uniform and displaying a badge of authority while on vehicle patrol in a marked police car I observed a green ford explorer with MT license plate DCR053 on Devils Brigade Dr. swerving on the roadway into oncoming lanes and then back to the shoulder.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/21/2022   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident